# Supreme Court of Florida

_____

No. SC18-581
_____

**HERITAGE MANOR OF MEMORIAL PARK, INC., et al.,**
Petitioners,

vs.

**DFG GROUP, LLC, et al.,**
Respondents.

September 10, 2020

PER CURIAM.

We initially accepted jurisdiction to review the decision of the Fourth District Court of Appeal in *DFG Group, LLC v. Heritage Manor of Memorial Park, Inc.*, 237 So. 3d 419 (Fla. 4th DCA 2018), based on express and direct conflict. *See* art. V, § 3(b)(3), Fla. Const. Having considered the decision of the Fourth District and the parties' briefs and arguments, and upon further review, we hereby discharge jurisdiction. Accordingly, we dismiss this review proceeding. No motion for rehearing or reinstatement will be entertained by the Court. *See* Fla. R. App. P. 9.330(d)(2).

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, and COURIEL, JJ., concur.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

      Fourth District - Case No. 4D16-2972

      (Palm Beach County)

Edward M. Ricci of Edward M. Ricci, P.A., West Palm Beach, Florida, and Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, Florida,

      for Petitioners

William J. Cornwell and David K. Friedman of Weiss, Handler & Cornwell, P.A., Boca Raton, Florida; Mitchell W. Berger of Berger Singerman LLP, Fort Lauderdale, Florida; Fred O. Goldberg of Berger Singerman LLP, Miami, Florida; Kenneth B. Bell, George S. LeMieux, and Lauren Vickroy Purdy of Gunster, Yoakley & Stewart, P.A., Tallahassee, Florida,

      for Respondents